IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAMON VASQUEZ** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **CITY OF READING, et al.** | : | NO. 15-4297 |

FILED
AUG 12 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this 11TH day of August, 2015, upon consideration of Plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. Plaintiff, Ramon Vasquez, #09-5214, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b). Based on the financial information provided by Plaintiff, he is not assessed an initial partial filing fee. The Warden or other appropriate official at Berks County Jail or at any other prison at which Plaintiff may be incarcerated shall deduct from Plaintiff's inmate trust fund account, each time that Plaintiff's inmate trust fund account exceeds $10, an amount no greater than 20 percent of the money credited to his account during the preceding month and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Room 2609, Philadelphia, PA 19106, to be credited to Civil Action No. 15-4297.

3. The Clerk of Court is directed to send a copy of this order to the Warden of the Berks County Jail.

4. The complaint is DISMISSED for the reasons stated in the Court's Memorandum. Plaintiff's state law claims against defendant Santee are DISMISSED for lack of subject matter

jurisdiction. His remaining claims are DISMISSED with prejudice for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

5. The Clerk of Court shall CLOSE this case.

BY THE COURT:

JEFFREY L. SCHMEHL, J.